BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
CLAIRE T. CORMIER (CABN 154364)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   claire.cormier@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARVIN BRYANT,<br><br>    Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. CV16-00246 RMW<br><br>[~~PROPOSED~~] ORDER AFTER CASE MANAGEMENT CONFERENCE<br><br>DATE:  June 17, 2016<br>TIME: 10:30 a.m.<br>COURTROOM 6, 4th Floor<br>HON. RONALD M. WHYTE |

    The initial case management conference for this case was conducted on June 17, 2016.  Rey Hassan appeared for plaintiff Marvin Bryant. Assistant United States Attorney Claire Cormier appeared for defendant United States of America.

    The Court adopted the following schedule for this case, as proposed by the parties:

    Fact Discovery Cut-Off: December 30, 2016

    Expert Disclosures and Reports: January 13, 2017

    Rebuttal Expert Disclosures and Reports: February 13, 2017

    Expert Discovery Cut-Off:  March 3, 2017

    Last Day to File Dispositive Motions: March 17, 2017

    It is anticipated that the pretrial conference and trial dates will be scheduled at a later time by the Judge to whom this case is reassigned after the retirement of Judge Whyte.

[~~PROPOSED~~] ORDER AFTER CASE MANAGEMENT CONFERENCE
CASE NO. CV16-00246 RMW

Except as noted below, discovery in this case is subject to the restrictions stated in the Federal Rules of Civil Procedure.

Each side is limited to 10 requests for admissions, though the Court will entertain allowing additional requests if necessary for authentication of documents.

Each side is limited to 25 interrogatories.

Each side is limited to 10 depositions.

There is no express limit on requests for production of documents, but the Court notes that such requests should be narrowly tailored.

**APPROVED AS TO FORM:**

Dated: June 20, 2016                     BRIAN J. STRETCH
                                                          UNITED STATES ATTORNEY

                                                          /s/
                                          By: _____.
                                                          CLAIRE T. CORMIER[1]
                                                          Assistant U.S. Attorney

Dated: June 20, 2016                     HASSAN LAW FIRM

                                                          /s/
                                          By: _____.
                                                          REY HASSAN
                                                          Attorney for Plaintiff

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:   June 27, 2016              *Ronald M. Whyte*
                                                          RONALD M. WHYTE
                                                          UNITED STATES DISTRICT JUDGE

---

[1] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

[PROPOSED] ORDER AFTER CASE MANAGEMENT CONFERENCE
CASE NO. CV16-00246 RMW