UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARVIN BRYANT, | Case No. 5:16-cv-00246-RMW |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **(Re: Docket No. 30)** |
| UNITED STATES OF AMERICA (UNITED STATES DEPARTMENT OF VETERAN AFFAIRS) | |
| Defendant. | |

On August 12, 2016, the mediator certified that mediation had been conducted on August 12, 2016, and that the case had settled.[1] To date, no dismissal has been filed. No later than Friday, October 7, 2016, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute. Alternatively, Plaintiff shall file a dismissal so that the court may close this case.

**IT IS SO ORDERED.**

Dated: 9/8/2016

*(signature)*
HON. RONALD M. WHYTE
United States Senior District Judge

---

[1] *See* Docket No. 30

Case No. 5:16-cv-00246-RMW
ORDER TO SHOW CAUSE

1